

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANN SPANGLER | : CIVIL ACTION |
| v. | : |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security | : NO. 16-1076 |

**ORDER**

FILED
JUN 19 2017
KATE BARKMAN, Clerk
By ___ Dep. Clerk

AND NOW, this 19th day of June, 2017, upon careful and independent consideration, the record reveals that the Commissioner did not apply correct legal standards and that the record does not contain substantial evidence to support the ALJ's findings of fact and conclusions of law. As a result, this action must be remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). Therefore, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED;

2. Judgment is entered REVERSING the decision of the Commissioner of Social Security for the purposes of this remand only and the relief sought by Plaintiff is GRANTED to the extent that the matter is REMANDED for further proceedings consistent with this adjudication; and

3. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

_____
JOSEPH F. LEESON, JR.